OFFICE OF THE CIRCUIT MEDIATORS
# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

**331 POTTER STEWART U.S. COURTHOUSE**

PAUL B. CALICO  **100 EAST FIFTH STREET**  TELEPHONE (513) 564-7330
*Chief Circuit Mediator*  **CINCINNATI, OHIO  45202-3988**  FAX (513) 564-7349
RODERICK M. MCFAULL  CA06-MEDIATION@CA6.USCOURTS.GOV
MARIANN YEVIN
ROBERT S. KAISER

June 19, 2014

| | |
|---|---|
| Cathleen M. Combs, Esq. | Adam G. Taub, Esq. |
| Daniel A. Edelman, Esq. | Theodore W. Seitz, Esq. |
| Thomas Everett Soule, Esq. | Aaron L. Vorce, Esq. |

Re: *David-John McDonald, et al v. Asset Acceptance, LLC*, CA No. 14-1045

Dear Counsel:

Pursuant to Rule 33 of the local Rules of the Sixth Circuit, the briefing schedule for this/these appeal(s) has been extended by **twenty-eight (28)** days. The briefs must be filed electronically with the Clerk's Office no later than these dates. The modified schedule is as follows:

| | |
|---|---|
| Appellant's Brief<br>Appendix (if required by<br>6th Cir. R. 30(a)) | **Filed electronically by July 31, 2014** |
| Appellee's Brief<br>Appendix (if required by<br>6th Cir. R. 30(a) and (c)) | **Filed electronically by September 5, 2014** |
| Appellant's Reply Brief<br>(Optional Brief) | Filed electronically **seventeen** days after the Appellee brief |

For more detailed information concerning the filing of electronic briefs, please refer to your initial briefing letter sent to you from the Clerk's Office.

The Federal Rules of Appellate Procedure, Sixth Circuit Rules, and relevant checklists are available at www.ca6.uscourts.gov. If you still have questions after reviewing the information on the web site, please contact the Clerk's Office before you file your briefs.

Sincerely,
/s/
Paul B. Calico

lmr

cc: Michelle Davis, Case Manager